# REVISED THIRD AMENDED          Exhibit "K"
## LISTING OF MINORS

Jake Dean LeBeaux
Orijona Skye LeBeaux
Quinn L. Bourne
Alliah R. Bourne
Colin White Wolf
Cole White Wolf
Larissa White Wolf
Brock Williams
Blake Williams
Isaiah Barse
Jazmin Barse
Jaris Barse
Aaron Goodsell
Dominick Dugan LeBeaux
Danae Lashay Ecoffey
Daeja Rayne Ecoffey
Natasha Linn LeBeaux
Layla Marie LeBeaux
Katie Rose Zacher
Cody Brian Peterson
Jacinda Marie Lind
Lania Loren Lind
Larsten Kade Maxeus
Michael Andrew Lind
Sequoia Kenneth Ray Sampson
Ayden James Sampson
Cody Travis McCoy
Cole William McCoy
Shanee Mykel Ward
Charlee Josephine Ward
Kane Allen Larson
Lyle D. Jacobs
Britaney N. Roberts
Deja' Craven Roberts
Larissa Martinmaas
Caylor Delin Cayde Benson
Caden Hunter Chance Benson
McKennan Sierra Rhiley Traversie
Shanae Lexi Bayli Traversie
Bradley Paul Traversie
Daniel Roberts
Jayden Roberts
Isaiah Roberts
Phannette Maureen Gray

Miriah Jo Paris
Cody Lee Paris
Amy Paige Noland
Jensen Don Dolphus
William P. Pilcher, III
Jason U. Pilcher
Michailia Gornostai
Mirissa Gornostai
Paris LeBeaux
Jordan LeBeaux
Gage LeBeaux
Tyler LeBeaux
Jesse LeBeaux
Christian LeBeaux
Tiarra Little
Shania Janis
Koty Janis
Jace Twiss
Rayna LeBeau
Mankato LeBeau
Sieana Blackmoon
Kenyan LeBeau
Jaden LeBeau
Nevada Brave
Angelina Brave
Jerome LeBeaux, Jr.
Tia LeBeaux
Tacie LeBeaux
Isabella LeBeaux
Mike Carlow
Kiya Provost
DaVeon Provost
Chase Westover
Tangerine LeBeau
Jeffrey LeBeau
Trinity LeBeau
Martin Montreal
Garen Montreal
Whittley Montreal
Madison Dayle Rowley
Kenidee Marie Keller
Wylee Wayne Keller
Shane Edward Hager
Ann'D Marie Hager
Taylor R. LeBeau
Daniel J. LeBeau, Jr.
Jordan B. LeBeau
Mary M. LeBeau
Sariah M. Gamez
Cicilia R. Gamez
Victoria M. Mireles

Tatum Leigh Ann Barnett
Terrance Damon Moon
Francine Moon
Jaclyn Moon
Terrence D. LeBeau
Cassady R. LeBeau
Rayan Scott Seburn
Brendan Thomas Seburn
Zachary Andrew Seburn
Stephanie Marie Arellano
Victoria Maria Arellano
Teresea Irene Arellano
Calvin Ernesto Arellano
Nikki M. Hall
Ethan L. Hall
Ashton J. Rivera
James W. Bettelyoun
Sarah E. Bettelyoun
Maria M. Bettelyoun
Paige Bettelyoun
Kashlin Bettelyoun
Kenneth Hobart Keith
Jonnie Louise Keith
Fred Thomas Keith
Briseis C. Janis
Laila Michelle Pettigrew
Ike Ghe Luta Pettigrew
Ivy Jade Pettigrew
Taliah LeBeau
Cameron Huff
Hailey Huff
Nicole DuMarce
Maryssn DuMarce
MyDonna DuMarce
Ivy Mae Robertson
Christian J. Barse
Amber J. Richter
Hayley R. Wegleitner
Dylan W. Wegleitner
Brendalyn Barse
Braylon Barse
Micheal P. Rousseau, Jr.
Dustin Garrett Barse
Clinton Kyle Rousseau
Canaan Jerome Renville
Sheldon G. Robertson
Sadie R. Wright
Jaydeen DuMarce
Leland R. Fryer
Noah J. Bernard
Victoria E. Bernard

Isaiah M. Bernard
Terri McKay
Jessee McKay
Eva McKay
Vanessa Jay Arapahoe
LaShya Alexis Pretty Bird
Justine Dawn DuMarce
Alysia Ki DuMarce
Chauncey Ray LaBatte
Aliyah Marlena Rios
Lorenzo Anthony Rios
Han-ye-tu Ta-te DuMarce
Wicangpi Cistina DuMarce
Mae Wahcawin Rhonda DuMarce
Benjaminlee Seth DuMarce
MiCinski Ace Reyes
Benzi B. Keeble
Emily L. Everett
Riley Noel Herron
Jackson Long
Logan Dakota Sullivan
Daniel Raby, Jr.
Kiara Raby
Carmmilla Raby
McKenzie T. Everett
Stephan Wayne Everette
Joshua Samuel Cante Maza Everett
Rebecca L. Everett
Dylan Savage Everett
Sterling Lee Wilson
Alec Brandon Lewis
Danielle Hopkins
Dennes Hopkins
Sharryl Johnson
Elizabeth Owen
Blaine O. Robertson
Rachel P. Jackson
Gracie Rousseau
Di-Ahna R. Kirk
Terra L. Haug
Terrell L. Haug
Kaeden J. Kirk
Jared X. Barse
Gabriel V. Barse
Jillian T. William Rousseau
Ashley S. Rousseau
Wayne N. Rousseau
Talyn A. Goodsell
Trey M. Goodsell
Frank D. Goodsell
Ty J. Goodsell-Bear

Cameron Bird
Monique Marie White
Emma Yvonne Williams
Laci Leigh LaFramboise
Austin E. Barse
Brooklyn Bernard
Dion Bernard
Ivy Robertson
Cheyenne Wyatt-Barse
Shantale Brittany Barse
Larry L. Finley, III
Latrell E.J. Finley
Lebron Barse
Andrea R. Cobenais
Shawn J. Saddler
Elliott J. Kitto
Avory Renville
Kaycee J. Barse
Talyn L. Barse
Jacob Barse, Jr.
Vivica Barse
Daphne Rose Barse
Latecia Violet Barse
Ryan M. Barse
Jack C. Barse
Caleb D. Barse
Frank J. Barse
Xana Sulianne Sharpfish
Lawren J. Barse, Jr.
Lukas T. Barse
Elijah K. Barse
Jaimie L. Anderson
Jay L. Barse
Jordyn L. Barse
Jasmine L. Barse
Jermaine L. Barse
Jaynie L. Barse
Iahna Grace Cook
Jayda L. Laster
Violet Jacquelyn Barse
Tanner Acton
Morgan Acton
Lakisha LaeRee Puyette
Ricky Allen Kitto, Jr.
TaShawna Kitto
Mellissa M. Moss
Megan M. Hotchkin
Tracci Barse
Cassandra Jo Johnson-Jennings
Nathan M. Johnson
Mya T. Johnson

Kylie A. Peter
Logan David Loukota
Tanner Jayde Bruguier
Jayci IlyaHunger
Kylie Chaye Hunger
Marley Grace White Fish
Colton Dace White Fish
Anthony Wanbli Pease
Adrienne Rosetta Pease
Angelo Mato Luta Belvado
Miles Donald Brewer
Kayla S. Holvig
Shawnee Marie Mitchell
Kyle Lee Mitchell
Hunter Lee Mitchell
McKinzie Marie Mitchell
Cheyenne James Clark
Savanna Rayn Sherbondy-Clark
Katrina Star Red Wing
Savanna A. Jennings
Cheyenne V. Jennings
Jesse D. Jennings
Presley Cease
Patience Cease
Willow Anne Johanson
Mazzy Johanson
Kayla P. Red Wing
Lakota B. Red Wing
Carmelita Marie Dudley
Art Matthew Dudley
Taylor D. Moran
Robert L. Moran III
Danielle J. Moran
Josiah Big Crow
Jonah Burning Breast
Quinda Burning Breast
Jadon Burning Breast
Jordan Long
Alexander Andersen
Ashlyn Andersen
Dylan Andersen
Hunter Kastenschmidt
Ethan Kastenschmidt
Zachary Kastenschmidt
Giahna Miller
Rylei Andersen
Carter Estes
Tyler M. Smith
Mackenzye J. Smith
Charles Benjamin Reddog
Alex Smith

Naomi Lynn Floren
David Darrin Conklin
Arvella M. White
Tiana S. White
Kaden Conklin
Larissa Osowski
Ashton I. Solberg
Christine Theresa Archambault
Tyler Ray Archambault
Kaylee Daelynn Martin
Darci Marie Lawrence
Andrew James Lawrence
Sean Joseph Lawrence
Avery James Lawrence
Gwendolynn Theresa Elaine Lawrence
Eddie Kirk
John Kirk
Jade Marie Rich
Michael Benjamin Rich
Steven Dismuke, Jr.
Joshua Dismuke
Michael LeBeau, Jr.
Brent White Owl
Iyanna M. Burris-White Owl
Ronaye J. Moran
Jacob T. R. Moran
Zachary A.R. Moran
Adonnis Romero Martinez
Aries Romero Martinez
Avalon Romero Ray Gayton
Brandon Scott Gayton
Logan Jordan Gayton
Morgan Dakota Gayton
Jayandre Rain Veaux
Keyrauntae Rise Veaux
Lucas Blaine Paul Farlee
Leaunah Lynn Farlee
Ryia Lee Farlee
Blake Robert Farlee
Jamison Gonzales
Kasidee Jade Traversie
Ty Paul Traversie
Andrew Benjamin Traversie
Jordyn Rae Traversie
Bradyn M. Ward
Jostyn B. Ward
Rylin Skye Ward
Marken Werlinger
Anthony Werlinger
Gina Arellano
Jace W. Long

Lawrence A. Lind III
RaeLynn Nicole Kirk
Preston Gage Friemel
Jeremy Haines
Kassandra Swiontek
Austin James McKenzie
Jessie Charlesgood
Jasmyn Noelani
Patricia Daniels
LaTausha Daniels
Averi Daniels
Diane Daniels
Sky Thunder Hawk
Jesse J. Thunder Hawk
Sage L. Thunder Hawk
Mikala C. Thunder Hawk
Summer Alexis Lara
Rio Caske Lara
Tristan Diego Lara
Jonna Rae Perko
Tyrell T. DuMarce
Jasmine A. Roberts
Marissa Marjorie Kay West
Jess Terence West
Melissa Miner
Mariah Miner
Tanner Spears
Caileb Simmons
Megan Spears
Jasmine F. Scherbenski
Noah M. Dahme
Paige Spears
Madison Spears
Alec Spears
Aspen Lee Spears
Shawn M. Spears
Carley J. Spears
Cadyn C. Friedrich
Jade Summers
Avery Anne Summers
Cyler Anita O'Rae Reinhard
Royce Pease
Cameron Pease
Ryan Gray
Reed Gray
Randee Gray
Kayla J. Marshall
Cooper Jaymarie Marshall
Kelli L. Laurenz
Kyla Molina
Olen Zephier

Jennifer M. Zephier
Kathleen R. Thompson
Alanna Rae Parker
Lawrence Tyler Parker, III
Kaitriel Whiteshield
Michael Traversie
Macy Lynn Schumacher
Kennedy Joe Schumacher
Camryn Alexis Galbraith
Kyanne Reese Galbraith
Darel Robert Rousseau
Darla Camille Rousseau
Heather L. Brown
Cameron Murphy
Samuel Murphy
Oakland R. Ward
Janay Jumping Eagle
 Ryan Jumping Eagle
Colin James Peterson
Devon LeBeau
Erica Sterrett
Karl Brewer
Joseph Brewer
Tiffany Moore
Matthew Moore
Dalton S. Holvig
Destiny Cheyenne Bunker
Jacob Little Wolf Sampson
Traversie James Brewer
Angel Sioux Brewer
Chelsey Brewer
Lindsey Ree Chambers
Thomas James Chambers
John Cyril Chambers
James Lewis Chambers
Derek D'Avignon
Madison Selena Rousseau
Julian G. Rousseau
Isaias C. Valdez-Rousseau
Baby Rousseau
Benjamin Lucas Crum
Natasha Menard
Drake Bordeaux
Taron Menard
Taliyah Menard
Dayza Menard
Cameron Gallagher
Leif Michael Gerbing
Hannah Josephine Gerbing
Joshua R. Knapp
Alyssa M. Knapp

Caleb J. Mitchell
Trinity M. Mitchell
John Whipple
Ashley Whipple
Amy McNamera
Riley McNamera
Destiny Traversie
Daven Traversie
Cheyenne Rain Hallam
Bheri Rose Hallam
Senotae Spring Hallum
Hailey E. Ducheneaux
Brock E. H. Ducheneaux
Jessie Dale Wright
Jennifer Lynn Wright
Sharice DuMarce
Creighton Renville, Jr.
CaTina Renville
Jaleesa Jole Renville
Mathew Watson
Gabriela Everett
Danielle Everett
Bruce Godfrey, Jr.
Richard Waylon Hill
Robert Laughter, III
Tyler Cameron Reed
Cody J. Jennings
Taylor Renee Huffman
Reese Delayne Eastman
Kaleb B.H. Brushbreaker
Shanna Eloa-Christine Many Lightnings
Jared Alan Moore
Amanda Keller
Megan Keller
Shannon Rae Werlinger
Juan Rivera, Jr.
Saffia Elhuraibi
Amira Elhuraibi
Lensa Daka
Faisal Provincial
Stephen M. Simon
Ayden Rain Simon
Jayden W. Simon
Lyle Simon
Julia Mandan
Martha Mandan
Sarah Mandan
Elijah L. G. Champagne
Elias L. Jones
Desiree E. Jones
Josiah Renville

Caleb Renville
Kevin Hunt
Alicia M. Hunt
Marissa Hunt
Mariela Aguilar
Josiah Aguilar
Eliarmondo Loftis
Amia C. Loftis
Winter Warren
Jason Warren, Jr.
Corena Leone
Keith Walton
Lucas Walton
Daniel Walton, Jr.
Thomas Walton
Tanner Walton
Alexis Walton
Ann-Marie Walton
McKensie Garrett
Logan Garrett
Zachery Walton
Sydney Walton
Julianne Guse
Jadyn Little
Jocelyn Little
James Farrell
Angelica Farrell
Jordan Farrell
Zander Farrell
Marcus Farrell
Joseph Farrell
Jackie Haines
Madison Keith McKenzie
Logan Lee McKenzie
Leah Videen
Cole Videen
Lauren Ostergaard
Andrew Ostergaard
Anna Ostergaard
Russell Ostergaard
Ethan Haines Tye
Ella Haines Tye
Tyler Haines
William Haines
Gianna Tutrone
Drew Smith
Madalyn Haines
Vada Haines
Chloe E. Haines
Cody Johnson
Kylee Johnson

Dylan Haines
Dominick Martin
Mason Martin
Jordan Martin
Rylee Martin
Drew Mower
Madeline Vincent
Jamiah Mower
Jadyn Nichelle Carter
Sydney Lila Ann Farlee
Judson Carl Farlee
Jason Tigh Farlee
Shayne Ashley Farlee
Keenan Orson Reid Rousseau
Cindy Marie Farlee
Jade Keith Farlee
Tyler Tordsen
Katy Tordsen
Lyla Tordsen
Quinton Tordsen
Sage Morning Star King
Moonlight Jounie King
Lonnie LaPlante
Mason R. Martin
Torrence Bourelle
Trey Bourelle
Patrick Bourgois
Abby Bourgois
Emily Bourgois
Eriel Benson
Miah Smaus
Trenton Smaus
Michaela Martinez Bates
Lauren Nicole Evatt
Zachary Austin Evatt
Alicia M. Gates
Charles A. Gates
Scott J. Gates
Karey Buckley
Joshua S. Velasco
Tanner Willert
Hiesen Zane Different Horse
Malania Rose Fast Horse
Andrea Thompson
Patricia J. Jordan
Kyra Clara Howe
T.J S. Looking Horse
Dewey D. Looking Horse
Shace W. Looking Horse
Alex W.W. Looking Horse
Ashley Traversie

Jordan DeRockBraine
Lakota Plenty Chief
Amanda O. Rouse
Joana L. Rouse
Maka K. H. R. Rouse
Nina M. R. Rouse
Frederick D. De Leon
Raijael R. De Leon
Kamari A. De Leon
Cheryl Pomani
Mary Pomani
Robert Pomani
Kenneth J. Conklin
Colin Merritt
Pearl Sazue
Ramez Sazue
Elias L. Jones
Desiree E. Jones
Alexia M. Lewis
Cassondra M. Herrera
Jessica M. Vickerman
Randi R. Arpan
Lyndea M. Baumberger
Austin L. Baumberger
Ted Bordeaux Maupin
Peyton R. Smith
Sierra L. Smith
Stran S. Smith
Taylor Smith
Kylee Smith
Carson Smith
Cooper Smith
Maveric Smith
Theodore J. Smith
Cole Smith
Shilo Smith
Skye Smith
Chazzy Smith
Walker Smith
Makenzie R. Smith
Jace Nelson
Kourt C. Starr
Charg Hebb
Cache Hebb
Cinch Hebb
Marty C. Hebb
Elena M. Hebb
Tristen Goldade
Tessa Goldade
Tomie Peterson
Jett Peterson

Jada C. Swires
Melaina Wientjes
J'Kye Weintjes
Liza G. Geuke
Eulayla R. Maynard
Jazmyn Schrempp
Jamie Ducheneaux II
Chance Fowler
Travis Hunt
Mackenzie Hunt
Daycen Hunt
Aaron J. Heredia
Grayson McDonald
Lanayah L. M. Carstedt
Ryan Lafferty
Austin Wilcox
Brendon Schnathorst
Pendon Tyler Duarte
Dovantay Friemel
Tavaughn Friemel
Lance J. White Eyes
Andrew Ansel White Eyes
Alejandra L. Redwing
Nicholas R. Redwing
Sandra K. Redwing
Julia A. Redwing
Thomas J. Redwing III
Cheyenne Haskell
Haley J. Schnathorst
Dylan Z. Schnathorst
Eric N. Turner
Lillian R. Percy
Jarvis J. Percy
Catlynn I. Little Eagle
Kaitlynn Little Eagle
Lakin Little Eagle
Deja L. Herrera Rincon
Unborn Baby D'Avignon
Unborn Baby Rousseau
Ryan J. Hill
Jason J. Hill
Baylei R. Hill
Drew A. Wald
Camron C. Wald
Sheila Sitting Dog
Austin Sitting Dog
Tessa Chasing Hawk
Tiana Flying Horse
Jayda Transqrud
Layla Martin
Santee Ridley

Summer Ridley
Thayne Ridley
Lexus Ridley
Adrian M. Romero Rodriguez
Aris E. Romero Rodriguez
Asau J. Romero Rodriguez
Azure K. Romero Rodriguez
Samuel E. Sine
Johnathon G. Iron Cloud
Bobby Buckman
Cassandra Black Elk
Terilynn Jewett
Precious Black Elk
Manueleta Jewett
Carmen A. Brave Thunder
Chaela N. Brave Thunder
Jasmine Iron Hawk
Tyler R. King
Sadie M. Littlewolf
Ayva B. R. Sampson
Cordero B. A. Hale
Miles B. K. Hale
Jameson Cozad
Micah Cozad
Kiernan Lundgren
Isabella Lundgren
Shakeya Bellinger
Alexzandria Little
Tayjaeanna Little
Mason Paul Arpan
Vanessa Jimenez
Blanca Jimenez
Derek Running Shield
Penelope Sanchez
Filimon Sanchez
Taylor Rose Traversie
Mariah Faith Traversie
Paisha Rose Eagleman
Chenoa Ajahti'jo Fiddler
Kelcey Colene Long
Clayton L. Reinhard
 McKenzie Reinhard
Megan N. LeBelle
Garen D.M. Montreal
Whitley T. Montreal
Emily Varney
Lane Uhrig
Kirby B. Peterson
Keaton P. Peterson
Kinzee M. Peterson
Emme Wickenhagen

Shay LaCroix
Sawyer LaCroix
Erin Marie Red Wing
Nicholas Dean Red Wing
Patrick James Eddings
Emily Marie Eddings-Sutherland
Ivan  A.C. Lopez Starling
Carolanne Trilling
Kateri Trilling
Cheyenne Trilling
Jesse Trilling
Roni J. Starlin
Wambdi H. L. Starlin
Andrew P. Brave
Shayna M. One Feather
Nathan O'Connor
Hilary Rives
Maliaka Jeme
Scipio Jeme
William R. Roller, Jr.
Israel Roller
Royce Roller
Lloyd Roller
Jasmine Jaquez
Moses Jaquez
Laura R. Jaquez
Israel Jaquez
Malaya W. Starlin
Issac B. Big Eagle
Noah B. Big Eagle
Michael Big Eagle
Brenda Ann Pike
Skylar R. Hood
Jessica Lavato
Grace LaFramboise
Antione LaFramboise
Sage LaFramboise
Ariana L. Big Eagle
Memory J. Big Eagle
Baby Big Eagle
Rufus Tucker Mountford, IV
Christopher Rosales
Cassandra Kaylee LaFramboise
Tiffany Euprasis Cane
Veronica Jamison Vanderloo
Mary E. Marks
Julia M. Marks
Leona A. Marks
July D. Marks
John T. Big Eagle
Shanda B. Big Eagle

Julie Berkey
Amber Rose Rector
Dakota Scott Rector
Shawn Michael Crump
Trey Schlacht
Trenton Schlacht
Toryn Schlacht
Mercedes Williams
Jhett Williams
Warren Peterson, Jr.
Kalvin Peterson
Keven Peterson
Levi Olson
Emma Dicus
Ryken Dicus
Caleb N. Chester
Kaylee M. Chester
Jordan N. Weasel
Jaylyn Weasel
Hayden Kenyon
Ronnie Ann Kenyon
Jolana Kenyon
Dana Kenyon
Virginia Atkinson
Ericka Moldenhauer
Briana Lee Thompson
Bridgette Paige Thompson
Kammie Lynn Thompson
Karlie Kay Thompson
Brendan Bradley Thompson
Trevor M. Olson
Donovan L. Strordahl
Darian W. Stordahl
Darris J. Stordahl
Xavier Skai Irvin
Devin L. Irvin
Karol J. Irvin-Young
Khristian J. Irvin-Young
Raven J. Irvin
Donald J. Irvin
Tori Irvin
Ethan DeLong
Perrance Ulmer
Trey Ulmer
Carrissa M. Brown Otter
Celina J. Brown Otter
Connie P. Brown Otter
Ron C.J. Taken Alive
Patrick M. Yellow Earrings
Ivonna R. Yellow Earrings

Jendaya Yellow Fat
Precious Yellow Fat.
Trace T. Harrison
Brittnee H. Harrison
Sarah Valente
Nicholas Valente
Seqouyah Cheyenne Lamb
Destiny Elaine Lamb
Emma Wickenhagen
D'Anglo Simmons
Myra Simmons
Zoey Simmons
Diego Lee Zamora
Brianna Nicole Zamora
Estefany Maria Zamora
Vanessa Lee Zamora
Kaylesha S. Zamora
Aneesa Jade Zamora
Shanice Uriah Outah
Emane Lene Youlella
Lawrena Ashley Outah
Andrew Shulauichie Jolley
Jason J. Rodswatewa
Deaja Lea Simmons Tilley
Sapphire Josephine Simmons
Levi Bruce, Jr.
Amani Bruce
Dalis Bruce
Chanelle Alarid
Isabella Cortez
Ryan Charlie Jr.
Elais Lee Charlie
Ty'rhoil Demond Bowie
Sabina Elizabeth Hidalgo
Esteban Enrique Hidalgo
Mariah Caitlyn Pena
Makai Joseph Pena
Bernard Chadren Pena
Cayla Rose Pena
Matthew Thomas Silas, III
Burel Albert Percey Silas
Jaiven Ethan Silas
Michael Hughes Naha, Jr.
Jasmine Renae Naha
Kelsee Malinda Naha
Kayla Naha
Malia Consuelo Lacey Ashley
Aidan Edward Wallace Ashley
Aaron Lewis Ashley
Amelia Elizabeth Ashley
Lacy Larae Ashley

Joseph Robert Ashley
John Chaske Hall
Sierra Thonpson
Riley Thompson
Derrek Thompson
Weston Thompson
Logan Hoffman
Sydney Hoffman
Sage Fletcher
Selicia Fletcher
Damon Johnson
Darian Johnson
Dalton Grassel
Cameron Harming
Marcus Harming
Michael Grassel
Kevin Joseph Hunt
Alicia Mercedes Hunt
Marrissa Leslie Hunt
Rowdy Christopher Olson
Ramsey Chase Olson
Ripley Cale Olson
Vanessa Brown Otter
Vance Taken Alive
Martin Taken Alive
Autumn Taken Alive
Arthur Taken Alive, Jr.
Charles Taken Alive
Isaiah Moreno
Talyn Goodsell
Trey Goodsell
Franklin Goodsell
Ty Goodsell Bear
Diamond Williams
Jon L. Williams
Ryanna R. Redday
Warren A. Redday
Alana M. Redday
Julian A. Redday
Justin C. Heminger
Cheyenne A. Heminger
Tracy L. Heminger
Casey Heminger
Avery Heminger
Albert M. Heminger
Jadis C. Wolf
Keisha Ann Roberts
Kayla Jerena Jane Roberts
Sonni Redday
Jonathan J. Redday
Shaun Ellen Blacksmith

Grace Blacksmith
Marissa Blacksmith
Erica L. Thompson
Ashlee Nicole Fettig
Jordan Lonnie Thompson
Destinee Rain DeLara Thompson
Cortez Francis Thompson
Brooklyn Marie Thompson
Brandon Tyler Big Crow
Heather Lynn Sutherland
Robert Andrew Sutherland
Nick Andrew Emmett Sutherland
Sarah Nicole Sutherland
Sean Tyler Sutherland
Joshua Jay
Jessica Marie Jay
Katrina Ann Jay
Samantha Marie Estes
Tiffany Marks
Kendall Marks
Tavis Marks
Tomancia Marks
Alex Marks
Jacinda Ossola
Santina Ossola
Destiny Ossola
Malcolm Ossola-Wheatfall
Michaela June Big Eagle
Morgan Little Eagle
Eijah Whiteman
Winona Whiteman
Blake A. Big Eagle
Naomi Louise Big Eagle
Christian Jewel Big Eagle
Nathan Scott Hall
Christopher W. Big Eagle
Tara Jean Hopp
George Hopp
Aspyn Marie Lamb
Kaylee Cheyenne Lamb
Darren J. Fallis
Kyle Lopez
Jazmin Zamora
Jordan Zamora
Esha Drapeau
Opal Drapeau
Alicia Hawk
Robbie Hawk
Deandra Arpan
Alaynah Arpan
Christopher T. Drapeau

Christen Celina Drapeau
Jasmine Chanel Drapeau
Brandon Lee Powell
Cameron Whitlee Powell
Jalen David Powell
Ricky Lee Tatum
Jaden Leanne Brinson
Samantha Sierra Jean Mankin
Autumn Joy Robinson
Andrew M. Fallis
Caitlyn Leigh Gaut
Trenton Wayne Gaut
Maria Diane Pecora
Rodina White Temple
Gregory White Temple
Waniyetu White Temple
Solomon Garter
Talon Garter
Mya Garter
Dylan Returns
Jolden Returns
Emirra Returns
Kaidyn Returns From Scout
Devante Decovin DeLeon
Gregory Lopez
Roberto Lee Sactra
Araina Faye Otter Robe
Lakota Rain Cowden
Shaela Rae Castro
Jason Keoke
Alicia Keoke-Geboe
Boy Keoke-Geboe
Chanel J. Big Eagle
Dillon K. Big Eagle
David A. Kills Pretty Enemy
Samantha Cosay
Celeste A. Cosay
Alana S. Cosay
Karey Buckley
Drevan W. Brown Otter
Mikayla Y. Kills Pretty Enemy
Rashele P. Kills Pretty Enemy
Kayanna Two Shields
Elliot Two Shields
Ethan Two Shields
Kalcie E. Two Shields
Evelyn G. Claymore
Emma M. Libby
Gage Tate
Cholie Tate
Mia Arthur

Helena Arthur
Dontae Carry Moccasin
Hayden Carry Moccasin
Kaycee Conica
Astacia Conica
Simone Two Shields
Mackenzie A. Two Shields
Marrissa White Two Shields
Spencer Lee Fox
Dominic J. Blandino
Wahinkpe Arrow
Amy Arrow
Evaline Arrow
Tyan Arrow
Hannah Arrow
Kodi M. Thunder Hawk
Garon C. Thunder Hawk
Joel Z.W. Zephier
Alexander D. Sully
Thomas J. Arrow
Azaria M. Arrow
Alaina C. Arrow
Anthony J. Arrow
Andrew J. Romero
Chantay D. LaCroix
Wambli Hosida LaCroix
Dyson H. Joseph
Izabella Grace Zephier
Dane B. Zephier
Zahai J. Marshall
Sineway V. Marshall
McKayla K. Johnston
Joseph R. Johnston
Jonathan A. Johnston
Parker A. Amdahl
Kaden R. Larsen
Amy Florence Charging
Katherine B. Charging
Xavier M. Nygard
Kobe J. Wyman
Miles D. Wyman
Zoey K. Wohlleber
Jackson E. Wohlleber
Amy Wyman
Sergio Morales
Melissa Morales
Collin Muller
Brandon L. Wyman
Scott K. Wyman
Shayanne R. Wyman
Michaela E. Wyman

Cameron J. LeBeau
Jaysen D. Robinson
Kai Kenneth Wyman
Lilyn Olivia Cadwell
Matayah J. Cadwell-Huber
Rian P. Cadwell
Christopher N. Cadwell
Destiny A. Leetch-Cadwell
Torence A. Sully-Cadwell
Danny Box
Aaron Box
Alyssa Box
Tyson Renville
Alexys Ruckdaschel
Kelly W. McGhee, Jr.
Kalup Wade McGhee
Alisha Flute
Tate Flute
Jeanie Langdeau
Jessica Coleman
Kenton K. Bad Horse
Kyra Mae Harmon
Isaiah Ortiz
Aspen Ortiz
Marty J. LaRoche
Rika Martinez
Thomas Martinez
Tevin Kersting
Kip Banks
Sydney James Tubbs
Maverick C. Tubbs
Weston Hicks
Matiah Hicks
Kasmira R. Harmon
Ty Harmon
Samira Harmon
Xavier Todd La Roche
Dylan Klein
Sierra Klein
Cynthia L. Demarrias
Charles W. Stone, Jr.
Steven A. Stone
Wyatt L. Jetty
Tayia T. Thompson
Fabian Wilson
Mary Wilson
Christian Wilson
Bean Balenton
Bethany Balenton
Anthony Balenton
Jermiah C. Brown

Christina L. Gourd
Layton T. Gourd
Lanae L. Gourd
Marissa H. Gourd
Laila R. DeLapaz
Jonasiah W. Monteau
Natalie R. Funmaker
Mystique D. Gourd
Whisper S. Gourd
Joseph L. Gourd, Jr.
Lashanti R. Littlewind
Oliver J. Gourd, III
Giselle R. Gourd
Alejandro Roubideaux
Connor Roubideaux
Hannah Roubideaux
Robin E. White Horse
Ariel D. Yellow Eagle
Carlitos J. Roubideaux
Kobe Yellow Eagle
Jeremy A. Leider
Sarah E. Leedom
William O. Peppers
Savannah D. Peppers
Jessica R. Leedom
Shelby F. Benoit-Leedom
Stephaney N. Benoit-Leedom
Robert C. Leedom
Teryn C. Leedom
Teneyl S. Leedom
Zane Michael Robertson
Kolby D. Robertson
Chelsea Nixon
Eric Nixon, Jr.
Margaret K. Nixon
Anatapi Nixon
Hannah Nixon
Mia Nixon
Lilly Nixon
Derick W. Vettleson
John Ross Vettleson
Natasha Rose Menard
Lanie Wade Menard
Victoria Oliver
Brooke Ann Espinoza
Chance C. Espinoza
Evelyn Rose Oliver
John P. Wright
Jessica L. Wright
Shelby J. Wright
Josephine K. Wright

Shane D. Wright, Jr.
Alissa Reynolds
Lavon Reynolds
Steve Reynolds
LaRain Pomani
Serena Reynolds
Reuben B. McCloskey
Rachael M. McCloskey
Dayman C. Espinoza
Angel Fabry
Raven Fabry
Jaxinblu Garcia-Arrow
Laithe Najdawi
Rihana Najdawi
Hamzah Najdawi
Haytham Najdawi
Markida R. Cox
Brandie M. Brandis
Julie A. Brandis
Ian J. Brandis, Jr.
Mishayla R. Buchannan
Dean L. Buchannan
Janae Eagle
Jae-Lynn N. Stulken
Dallas A. Waege
Anthonetta V. Perez
Alannah M. Perez
Ajayleh A. Zody
Joshua L. Rivera-Archambeau
Olivia J. Davenport
Samarra G. Archambeau
Shannon Dolezal
Samantha Dolezal
Megan Winters
Aaron McKeen
Shanice McKeen
Tianni Alexis Arrow
Malorie Arrow
Tristan Arrow
Nicole Marie Arrow
Levi S. Keoke
LaJune J. Keoke
Amos J. Biddell
Gracelyne M. Biddell
Tabitha B. Bugely
Miranda Six Toes
Travis Six Toes, Jr.
Drew Six Toes
Sage Six Toes
Micah Marshall
Mariah Marshall

Jarrod Marshall
Cassandra Marshall
JoAnna Marshall
Chelsey Rose LaCroix
Christopher Aaron Almendarez
Brandon M. Almendarez
Aaron Duran
Tashina Baca
Sky E. Clark
Daniel S. Keoke
Autumn F. Morgan
LaVette L. Biddell
Kristine A. Gill
Jordan C. Biddell, Jr.
Alicia R. Biddell
Brooklyn K. Bernard
Dion T. Bernard
Abrey Allen Flute
Karley G. Heminger
Austin Michael Kohl
Krystal Lee Jenkins
Amy Lynn Haug
Lindsey Doreen Haug
Lance B. Haug
Aaron May Haug
Allen Jade Disjarlait
Jada Rousseau
Megan Ohlendorf
Drew Ohlendorf
Ryan S. Arrow
Rachel P. Jackson
Gracelyn Belle Jackson
Breonna C. Jackson
Preston L. Camp
Ira-Joseph M. Salvage
Fely A. Arrow
Chelsie M. Veit
Gary R. Wacheldorf
Charlene Cournoyer
John Tayson Wells
Kathryn M. Post
Thomas X. Post
Lane T. Quinn
Amaya Decoteau
Wyatt T. Sazue
Blake C. Sazue
Lolita S. Wind
Brandon J. Sazue, Jr.
Gage Anderson
Jasimine M. Anderson
Serena L. Anderson

Julian B. Block
Sidney M. Block
Jasiah Rain Williams
Kitana Dahl
Daniel Pearson
Tiara Lakota DeCora
Nevaeh Grace Mowery
Michael Alan Mowery
Nikolas Lee Sunde
Brandi Lea Hannah Dolezal
Jake Brings Three White Horses
Tashina Kay Brings Three White Horses
Victoria T. Saldana
Brenan Diona Arrow
Savion S. Arrow
Isabella A. Arrow
Mathyus C. Arrow
Evan R. Kaler
Jacen William Kaler
Parker D. Kaler
Chloe Jo Stout
Madeline Taylor Stout
Javon Alan Stout
Melissa Nicole Howe
Casey J. Milbrodt
Mimike Tehila Dolezal
Jade A. Morin
Staci Diamin R. McGhee
Shaina R. McGhee
Taylor Owen Michalek
Heather Herrington
Riley Herrington
Ryan Caleb Wasson
Sky Sylvia Iron Shield
Valerie T. Whipple
Jonny Brings, Jr.
Sarah Sky Brings
Maiya Joy Brings
Cameron Christine Stanfield
Lauren Elizabeth Stanfield
Alexa Brooke Big Eagle
Aaron William Hoss
Cody Joseph Hoss
Brooklyn Hoss
Adrian Anton Arrow
Nolan K. Charger
Chevrolet C. Arrow
Mason D. Arrow
Alaynnah H. Burnette
Derrick Schell
Wyatt W. Schell

Harley Schell
Chad N. Fox
Karmen C. Fox, II
Derrick LaCroix
Latrell W. Cloud
Desean Finley-Painte
Robert Painte
Keisha Painte
Samantha Larvie – Arrow
Tyler Larvie – Arrow
Aunya Avila – Arrow
Marco Avila, Jr. – Arrow
Alicia Larvie – Arrow
Breanna Lynn  Jenesse
Karissa Lee Jenesse
Sariah Jeannette Jenesse
Dominic Nelson Jenesse
Kell Arden Michael Jenesse
Unborn minorJenesse
Haley Marie Snook
Selena Summer Hall
Austin Neal Holman
Joselynn Star Baker
Coen Wesley Joseph
Shane Michael Spaethe
Andrew Thomas Titze
Mashailah ReaAnn Titze
Nicholas Pierce Buseman
Jazeman Nichol Buseman
Noah Jazen Buseman
Victoria Mae Fox-Roper
Justice Davis Atsaa Fox-Roper
Alex Joseph Fox-Roper
Chie Katherine G. Fujii
Sanae Julianne Fujii
Naomi Gaabrielle Fujii
Savannah Jeannette Penning
Searra Donita Penning
Taylor Victoria Penning
Trinity Raelynn Penning
Calvin Marley Cornwell
Jacklyn  Drea Pickett
Isabella Shai Hickey
Killian Marcel Petersen
Kellie Brianne Montileaux
Sean Tristan Montileaux
Gage Alan Peck
Shayleen Ree Peck
Masen Charles Peck
Gabriel Gillian Browne
Isabel Lillian Browne

Zonaree Pearl Wika
Dace Stevens Wika
Shona Skylynn Wika
Shayden Rain Cournoyer
Mystikal Dreamer Cournoyer
Florence Ree Cournoyer
Lindsey Monica Montileaux
Dalton Jared Montileaux
Diana Elizabeth Williams
Trudy Alexis Williams
Darius Donald Big Eagle
Alyssa Jo Big Eagle
Gage Graham
Faith Graham
Casey Alexander Mozena
Emma C. Mozena
Jacob Hislaw
Nathan Hislaw, III
Calvin T. Traversie
Reid L. Murie
Dillion Big Eagle
Chanel Big Eagle
Miles Harming
Alissa Plenty Chief
Larissa Plenty Chief
Sheyanne Mursolek
Trey M. Johnson
Tyler A.L. Cadotte
Whitney L. Pretty On Top
Eric Lind, Jr.
Dakota Paul Lind
Hudson Buckingham
Christian Napton
Justin Buckingham
Trinity Buckingham
Derrick R. Simmons
Davia Vazquez
Megan Bakely
Clarence D. Star Chief
Cody D. Fire Thunder
Heather N. Fire Thunder
Dan Charles Traversie
Madeline J. Oliver
Shawn M. Spears
Drew Draskovic
Tatum Draskovic
Warren Hamilton
Duffy Dupris
Whitley Dupris
Tristen Dupris
Shaeley Dupris

Kylie Dupris
Taylor Harming
Ryley Graves
Bryanna Graves
Sayra Alise Summers
Hudson Buckington
Christian Napton
Justin Buckingham
Trinity Buckingham.
Miranda Lai.
Samantha M. Estes
Shay LaCroix;
Sawyer LaCroix
Ryan Caleb Caudle
Ruby Nelson
Ambrose Traversie
Aliah Traversie
Aaron Traversie
Maximose Big Eagle
Gage Big Eagle
Trevyn O. Shay
Victor Jackson, Jr.
Brandon Jackson
Dakota Zamora
Vance McGee
Aclam McGee
Raymond A. Nevel
Lindsay A. Tautaltasia
Kainon E. Ayutapi
Dancina A. Wainer
Regan N. Irvin
Dakota LaCroix
Marie LaCroix
Ian Frances Jetty
Nina White Eagle
Zy'Aeria Johnson
Julissa Johnson
Starr T. Chief Eagle
Delacina A. Chief Eagle
Chadrick W. Ten Fingers, Jr.
Steven L. Mizner, III
Savannah Rose Martinez
William M. Randall
Shelby L. Randall
Emmalyn H. Napton
Chenoa S. Napton
Jalen D. Bernie
Adrienne J. Feather
Darrick L. Herman
Alayna Leigh-Ann Herman
Tahnaya J. Thomas

Adrianna N. Azure
Chaske Grey
Larris D. Delorme, Jr.
Hailey R. Delorme
Stephan C. Delorme
Leandra A. Delorme
Branson L. Delorme
Kaylee M. Delorme
Seth J. Delorme
Kyle Delorme
Amber R. Delorme
Alexis M. Delorme
McKensie M. Delorme
Cole Ryan Delorme
Bryson Burdick
Nateisha L. Delorme
Briley A. Delorme
Braxton W. Delorme
Wylee L. Delorme
LoriAunna M. LaForte
Trevor F.M. Delorme
Kassandra Stygar
Kaleb S. Delorme
Chelbi L. Laducer
Kyle E. Partridge
Jared A. Partridge
Blaine A. Partridge
Cheyanne S.N. Hopke
Hailey Joseph
Zachary Joseph
Genevieve Gregory
Maarin Waltman
Milayna Waltman
Jhett Waltman
Taten Lyngstad
Turner DeArmond
Shayla Feather
Isidra Feather
Starla Feather
Wyatt E. Beltz
Garett A. Beltz
Chancey J. Stirling
Bailey M. Stirling
Kohlby Cavanaugh
Nathanial King
Rayeishia L. King
Laila M. King
Talen T. Lohnes
Dalynn T. Lawrence
Victoria A. Camp, Jr.
Shawnee S. Lohnes

Alycia L. Boe
Aaliyah I. Boe
Morning R. D. Tobey
Pacer A. Tobey
Merle M. Smith
Jason R. Smith
Daysha Smith
Brendan McArthur
Brendan McArthur
Richard T. Vasquez
Tilynne J. Vasquez
Teegan R. Vasquez
Anthony Iron Shield
Caleb  S. Welch
Leah C.A. Welch
Katherine M. Wenzel
Deshon J. Red Fox
Joel Red Fox, Jr.
Natrace Red Fox
Niyonna Red Fox
Autumn D. Red Fox
Mahlan T. Red Fox
Mariah R. Red Fox
Kersten F. Red Fox
Wyatt A. Red Fox
Tristan D. Red Fox
Hailey T. Red Fox
Montero L. Red Fox
Montana Skye Red Fox
Maressa L. Red Fox
Austin S. LaVallie
Antoine S. LaVallie
Sky B. Little Wind
Kiana J. Little Wind
Chandler G. Red Fox
Chloe T. Red Fox
Christian M.J. Iron Raod
Spring S. Mead
Kaitlin D. Muller
Christopher LaFramboise
Quinn T. Red Bird
Oshea D. Red Fox
Baylee L. Red Fox
Ira Andrew Woodhull
Cleveland J. Ironheart
Kaysen L. Red Fox
John Grey Wind
Kelsey Grey Wind
Jasten Feather
Robin L. Iron Shield
Charmaine A. Iron Shield

Kyle B. Iron Shield
Adrianna R. Iron Shield
Chance D. Iron Shield
Bridgette N. Iron Shield
Breanna A. Iron Shield
Cody Demery
Sarah Red Fox
Geoffrey Left Bear
Steven Red Fox, Jr.
Fredrick Red Fox
Jonathan Red Fox
Erica Red Fox
Ashley E. Kasnetsis
Brody D. Anderson
Wambdi S. Four
Desmond J. Cameron
Desiree J. Cameron
Joseph L. Shell
Allena K. Shell
Shayna J. DuBois
Destin M. Brave
Sierra L. Brave
Seth L. Brave
Justin Nelson
Rayven Nelson
Christopher Tinkey
Jessica Tinkey
Skye Kellingsworth
Carrie A. Little Wind-Larson
Ree Yellow Bird
Rain Yellow Bird
Raymond Yellow Bird
Preston Running Hawk
Lakota Running Hawk
Hunter Running Hawk
Lane Hurig
Lincoln Lee Cracraft
Shelby Rice
Alexandra Palmer
Tatum R. Coleman
Joshua Beeck
Adrian Beeck
Nicholas Beeck
Eva Beeck
Jesse M. Beeck
Fernando Beeck
Brian M. Zentz, Jr.
Dalton J. W. Zentz
Rhonda K. LaMere
Cree A.S. LeMere.
Lucinda A. Zerahn

Kyle W. Kennedy
Mia T. Arndt
Blade W. Reyes-Zerahn
Andre Nunez
Rico LaMere
Ty S. Warren.
Kiara Warren
D'Angelo York
Tanessa Moore Mackenzie Green
Jamison Green
Wichoni Patterson
Laurice Herman
Meadow G. LaMere
Lillian B. LaMere
Alexandra L. S. Mantich
Angel D. Sanchez
Kody N. DeLeon.
Mariana Soto
Roberto Soto
Jose Soto
Angel Soto
Victoria Soto.
Tyler S. LeQuia
Carley A. LeQuia
Adrian A. Arrow
Frank Ficher, III.
Helen Shunk
Lucy Shunk
Ronald Fisher, III
Jasiah J. Abdo
Amyia S.D. Caple
Ameia Vonn M. Caple
Louis Young
Sylvan S. Abdo
Larry Abdo, III
Allisha Abdo
James Abdo
Jocelyn Abdo
Vannessa Abdo
Elijah Caple
Dmaya Caple
Bishop Caple
Albert S. Tsosie, Jr.
Olivia B. Tsosie
Artavius L.D.L.G. Abdo
Ocean K. Abdo
Kaitlyn Abdo
Aleena Zephier
Sarah Abdo
Spirit Abdo
Brittany Abdo

Robert E. Abdo, Jr.
Bria Abdo
Bryson Abdo
Ethan Black Cloud
Beulah Black Cloud
Jolyssa Roan Eagle
Haily Roan Eagle
Cheyenne J. Abdo
Jacob J. Abdo
Sabra R. Dion
Raymond D. Dion
Sabastian Gage Abdo
Justin L. Abdo
Gabrielle Abdo
Kane A. Picotte
Megan H. Abdo
Dedric A. Denney
Brian W. Bruguier
Michael L. Bruguier
JB Keith Bruguier
Arthur L. Denney
Alyssa L. Denney
Aurora L. Denney
Alec J. Kiywkan
Tatiana J. Archambeau
Loren D. Archambeau
Daniel P. Archambeau
Alize L. Archambeau
Burton W. Archambeau
Paul H. Archambeau
Jeremy O. Archambeau, Jr.
Marquita R. LaMere
Loren C. LaMere
Jaclyn Richter
Marilyn Richter
Dayton Takes the Knife
Justin Takes the Knife
Kaylee Jewett
Cameron Wishard
Kanrad Trautman
Jacob Trautman
Wyatt Trautman
Deveanie S. Wilson
Brendan J. Wilson
Justin Oakland
Carly Oakland
Hope Fiddler
Kalvin K. Riemath
Payton Bush
Shelby D. Rice
Alexandra L. Palmer

Tyler Van
Allyson Fraser
Alexander Fraser
Nathan Long
Terren Long
Jade A. Pateneaude
Amanda L. Pateneaude
Sierra Eaton
Lane Eaton
Logan N. Kremer
Tiffany Stickney
Devin R. Larson
Allison Larson
Brittany Larson
Charles A. Jenkins, III
Kachina R. Jenkins
Crystal J. Jenkins
Mihal Naha
Lucianna Gutierrea
Hun Sack Sim, Jr.
Cloud Sim
Chelsea L. Walking Eagle
Shanice D. Walking Eagle
Tashina E. Walking Eagle
Hannah S. Red Fox
Tayla M. Dunn
Ronald J. Azure
Tyra J. Azure
Trista J. Azure
Catessa R. Fleury
Simone N. Rabago
Nikkia R. Rabago
Aliyah A. Rabago
Alexander Hicks
Tianna Meyer
Ashton Dalton
Savion Dalton
Lorenzo Castaway
Ladelia Blakely
Evelyn Blakely
Angle Fleuriel
Christopher Olson
Maria A. Fitzler
Joshua J. Fitzler
Tawnie J. Davies
Vincent J. Davies
Marissa Draskovic
Levi J. Big Eagle
Micah R. Big Eagle
Breezaine A. Big Eagle

Peizhen M. Big Eagle
Clarence D. Star Chief
Cody D. Fire Thunder
Heather N. Fire Thunder
Gabriel Blais
Calvin T. Traversie
Reid L. Traversie
Lakoya J. Lufkins
Jessica Weatherstone
Emily Weathersonte
Spencer Weatherstone
Iceli Jade Williams
Skylor Anderson
Sara Anderson
Mariah Lopez
Theron Big Eagle
Hunter Big Eagle
Jalyssa Dion
Trent Charley
Cameron Charley
Natalie Jo Martinson
Shannon M. Martinson.
James D. Ortley
George A. Ortley
Danielle Ortley
Marissa J.M. Ortley
Charles E. Higgins
Mason Morgan
Cody Brewer
Casey Brewer
Katawna L. Gayton
Hailey Flom
Siana Thongcanh
Samantha A. Johnson
Alexander M. Johnson
Calie Jo Red Earth
Devin A. Red Earth
Austin C. Red Earth
Damian M. Red Earth
Derrick D. Red Earth
Alexander Red Earth
Levi David DuMarce, III
Andrew Bradley Schumacher
Mason Howard Schumacher
Abigail E. Benson
Dylan Scott Schumacher
Haylee L. Schumacher
Nina Skinkis
Tyler Anthony Stegich
Emily L. Stegich
Allan D. Stegich

Landon P. Schumacher
Christian S. Schweigert
Shailhyn S. Schweigert
Ryahna R. Schweigert
Gatlin Herrera
Trinity Cournoyer
Justin Kitto
Anna Kitto
Javen Kitto
Nick Forkel
Rachel Forkel
Tashawna D. Kitto
Shirleigh B. Red Earth
Farrah J. Red Earth
Veronica V. Bird
Jeffery R. Red Earth, III
Jeremiah C. Red Earth, Jr.
Melodie M. Crow
Paige S. Corcoran
Paul R. Corcoran
Raymond L. Allen
Alyssa P. Anderson
Emma C. Allen
Howard L. Allen, Jr.
Madelyn J. Allen
Madeya T. Allen
Cheyenne M. L. Allen
Jacqueline I.M. Allen
Joshua H. Allen
Zachary T. Allen
Amber R. Lange
Ashley A. Lange
Teagan D. Herrick
Bradlee David Corcoran
Michelle A. Corcoran
Michaela L. Corcoran
Brittney A. R. Corcoran
Natalya A. Laroche
Larissa R. Red Earth
Kiona D. Schmidt
Trista R. Nelson
Destiny R. Nelson
Morgan R. N. Jenson
Derek B. Anderson
Victoria D. Corcoran
Haley S. Red Earth
Sydney J. Ockenga
Dylan S. Red Earth
Mercedes J. P. Payer
Rick E. Blue, Jr.
Melanie J. Blue

Saphfire S. Blue
Ezra I. W. White Mountain
Samantha Williams
Candace Michelle Allen
Jayden Michelle Lange
Alison E. Milless
Brinn M. Gascho
Paris J. Paasch
Cody R. Allen
Ashley R. Allen
Marilyn E. Allen
David M. Allen
Mae D. Allen
Cadence Allen
Michael M. Allen
Zana Sharpfish
Wambli W. Stone
Hawk Stone
Maleena Stone
Kendryk Sharpfish
Daniel Bien, Jr.
Brittany Sharpfish
Hannah DuMarce
Paige White
Dakota R. Anderson
Elijah a. Rouse
Kyleigh M. Rouse
Jordan M. Drapeau
Jerilynn M. DeJesus
Sherlyn M. DeJesus
Amanda Rouse
Jonana Rouse
Maka Rousee
Nina M. Rouse
Keya Oyate O. Win
Tregan P.M. Rouse
Jobeth M. Scott
Zona M. Big Eagle
Martine L. Big Eagle
Gabriel J. White Face
Pony Boy J. Rouse
Paul C. Rouse, III
Mason V. Dupris
Riley V. Rouse
Gabriel Rouse
Jada Hawk
Jenna Hawk
Karlton D. Haynes, Jr.
Theron L. Big Eagle
Hunter W. Big Eagle
Jalyssa L. Dion

Resaiah Cournoyer
Chantel LaBelle
Kassidy LaBelle
Camille D. Delorme
Cheyanne A. Delorme
Jessica Weatherstone
Emily Weatherstone
Spencer Weatherstone
Mariah Lopez
Joseph Lundy
Brandon C. Brickey, Jr.
William A. Brickey
Keyah M.C.D. Leon
Loren S. Greeley, Jr.
Martha Estes
John Robert Estes, III
Beth Lynn Estes
Joy A.C. Estes Traversie
Ida R. A. Estes Patton
Nicholas T.C. Morgan
Laura G. Frenier
Thurman H. Frenier, Jr.
Theresa C. Frenier
Dylan E. MeMarrias
Dominic L. Frenier
Melanie Valentine
Kasey F. Flute
Xavier Green
Kenna Green
Kyleigh Green
Tayon S. Wanna
Pamela White
Arden G. Brown
Hunter Wade
Tanner Wade
Maura K. Wade
Dean E. Wade, Jr.
Syri Ida C. Wade
Rowdy C. Olson
Ramsey C. Olson
Ripley C. Olson
Peggy Traversie
Elizabeth Traversie
Tiffany Powers
Meghan Powers
Marc E. Powers
Derek Ziegler
Roland W. Grassrope
Daniel J. Grassrope
Marvin J. Grassrope
Tristan R. Grassrope

Marissa A. J. Grassrope
Madeline A. Ryan
Ignatius Ryan
Dylan A. D. Valentine
Aiden P. O'Brian
Keondray L. White
Rebecca L. Davison
Bradley Sturgess
Aiyana Rawson
Kayla Rias
Sequoya Nakai
Ryan J. Weatherstone
Kyle Rosebud
Charles Ten Bear
Brian Ten Bear
Christine Oka
Mary B. Carr
Jacob B. Knudsen
Dylon Myhre
Domonic Myhre
Kevin Quigley
Brinden Quigley
Marcos J. Almazar
Elena L. Chavez
Sofia A. Chavez
Jiselle Y Toscano
Angelica Dailey
Edward Callender, IV
Brett M. Crissler
Mercedes A. Crissler
Arthur L. Crissler
Trenton J. Crissler
Tanner J. Delorme
Taylor R. Desjarlais
Greyson Greybear
Tenleigh A. Delorme
Joshua J. Delorme
Tailee B. Cahill
Graidyn M. Delorme
Eshiah Morrow
Kynzie G. Davis
Lorne T. Jay, Jr.
Sean N. Jay
Shelby R. Delorme
Madee M. Laducer
Cheyenne Marcellais
Arene R. Delorme
Phillip M. Waukazoo, Jr.
Robert J. Martinson
Zayah M. Gire
Michael Koster

Leigha Koster
Sienna M. Waukazoo
Sally M. Waukazoo
Muriel S. Waukazoo
Tate Blue Waukazoo
Kaden O. Waukazoo
Riley Delorme
Justin A. Grassrope
Justina R. Grassrope
Chasidy LaRoche
Heaven A. Grassrope
Nathan Two Bulls
Jerome J. Grassrope
Bailey L. Herrman
Dale Big Eagle
Justice Big Eagle
Tanner Big Eagle
Tame Big Eagle
Nicolette Big Eagle
Louis Luther Montgomery
Sanessa G. Montgomery
Jessa M. Montgomery
Jordan Z. Shortman
Justis Andrew Shortman
Shawn A. Shortman, Jr.
Lyric T.D. Reyelts
Madari W.M. Ockenga