Some Public Law Cases Erick Kaardal did work on:

- *Republican Party of Minnesota v. White*, 536 U.S. 765, 122 S.Ct. 2528, 153 L.Ed.2d 694, 70 USLW 4720, 02 Cal. Daily Op. Serv. 5776, 2002 Daily Journal D.A.R. 7259, 15 Fla. L. Weekly Fed. S 518 (U.S. Jun 27, 2002) (NO. 01-521); On Remand to *Republican Party of Minnesota v. White*, 361 F.3d 1035 (8th Cir.(Minn.) Mar 16, 2004) (NO. 99-4021, 99-4025, 99-4029); Rehearing en Banc Granted, Judgment Vacated (May 25, 2004); *Republican Party of Minnesota v. White*, 361 F.3d 1035 (8th Cir.(Minn.) Mar 16, 2004) (NO. 99-4021, 99-4025, 99-4029) Opinion after Grant of Rehearing *Republican Party of Minnesota v. White*, 416 F.3d 738 (8th Cir.(Minn.) Aug 02, 2005) (NO. 99-4021, 99-4025, 99-4029) Certiorari Denied by *Dimick v. Republican Party of Minnesota,* 546 U.S. 1157, 126 S.Ct. 1165, 163 L.Ed.2d 1141, 74 USLW 3303, 74 USLW 3421, 74 USLW 3424 (U.S. Jan 23, 2006) (NO. 05-566)

- *281 CARE Committee v. Arneson*, 2010 WL 610935 (D.Minn. Feb 19, 2010) (NO. 08-CV-5215 (JMR/FLN))

- *American Civil Liberties Union of Minnesota v. Tarek Ibn Ziyad Academy*, 2009 WL 2215072 (D.Minn. Jul 21, 2009) (NO. CIV. 09-138 DWF/JJG)

- *Minnesota Voters Alliance v. City of Minneapolis*, 766 N.W.2d 683 (Minn. Jun 11, 2009)

- *Riley v. Jankowski*, 713 N.W.2d 379 (Minn.App. Apr 26, 2006) (NO. A05-1125), review denied (Jul 19, 2006)

- *Forest Park II v. Hadley,* 203 F.Supp.2d 1071 (D.Minn. May 10, 2002) (NO. CIV. 02-480(MJDSRN), Judgment Reversed by Forest Park II v. Hadley, 336 F.3d 724 (8th Cir. (Minn.) Jul 17, 2003) (NO. 02-2445, 02-2609), rehearing and rehearing en banc denied (Sep 17,2003), Appeal After Remand, Forest Park II v. Hadley, 408 F.3d 1052 (8th Cir.(Minn.) May 24, 2005) (NO. 04-2599)

- *Stark v. Independent School Dist. No. 640*, 938 F.Supp. 544, 113 Ed. Law Rep. 274 (D. Minn. Aug 22, 1996) (NO. 3-94-1597), Reversed by Stark v. Independent School Dist., No., 640, 123 F.3d 1068, 121 Ed. Law Rep. 41 (8th Cir.(Minn.) Aug 21, 1997) (NO. 96-3250), rehearing and suggestion for rehearing en banc denied (Nov 24, 1997), Certiorari Denied by Stark v. Independent School Dist. No. 640, 523 U.S. 1094, 118 S.Ct. 1560, 140 L.Ed.2d 792, 66 USLW 3577 (U.S. Apr 27, 1998) (NO. 97-1381)

- *Wolfchild v. U.S.,* 62 Fed.Cl. 521 (Fed.Cl. Oct 27, 2004) reversed and remanded, 559 F.3d 1228 (2009); cert. denied, 130 S.Ct. 2090 (2010).

EXHIBIT 1

- *Republican Party of Minnesota v. Pauly*, 63 F.Supp.2d 1008 (D.Minn. Sep 16, 1999) (NO. CIV. 98-1698 ADM/AJB)

- *In re Medworth*, 562 N.W.2d 522 (Minn.App, Apr 22, 1997) (NO. C8-96-2030)

- *In Re Conservatorship of Kimel*, 2003 WL 22889998 (Minn.App., Dec 09, 2003) (NO A03-35), review denied (Feb. 17, 2004)

- *Republican Party of Minnesota, Third Congressional Dist. v, Klobuchar*, 2003 WL21281658 (D.Minn. Jun 02, 2003) (NO. CIV. 03-966(DWF/SRN); Affirmed by *Republican Party of Minn., Third Congressional Dist. v. Klobuchar*, 381 F.3d 785, 59 Fed.R.Serv.3d 562 (8th Cir.,(Minn.) Aug 26,2004) (NO.. 03-2801)

- *Johnson v. City of Shorewood, Case No. 00-1281* (D. Minn. 2001), *Affirmed by Johnson v. City of Shorewood, Minnesota*, 360 F.3d 810 (8th Cir,(Minn.) Mar 05, 2004) (NO. 02-3562, 02-4081, 03-2023), certiorari denied by *Johnson v. City of Shorewood, Minn.*, 125 S.Ct. 43,160 L.Ed.2d 13, 73 USLW 3188,73 USLW 3205 (U.S. Oct 04, 2004) (NO. 03-1512) .

- *Mathias v. Suzanne Zuidema, in her capacity as the Acting Director of the Hennepin County Children, Family and Adult Services Department, or her successor; and Robert J. Olson in his capacity as Chief of the Minneapolis Police Department, or his successor*; Case No. 03-6131 (D. Minn. 2004).

- *Johnson v. United States*, Case No.., 01-CV-465 (Fed. Cl. 2004), affirmed by *Johnson v. U.S.*, Case No. 04-5093 (Fed.. Cir. June 24, 2005).

- *Josephine Bronczyk, individually and Josephine Bronczyk, as Trustee of Josephine Bronczyk Revocable Trust Agreement, or successor trustee thereto, Plaintiffs, v. Jerry Soma*, in his capacity as Division Manager of Anoka County Human Services or his successor; and Harry Reynolds, in his capacity as Anoka County Supervisor of Adult Protection or his successor, Defendants, 2003 WL 23335200 (D.Minn. Feb 14, 2003)(No. 02-1239, DSD/SRN).

- *Bronczyk v. State*, 1996 WL 706852 (Minn.App. Dec 10, 1996) (NO. C0-96-966).

- *In re Teacher Licensures at Tarek ibn Ziyad Academy,* 2010 WL 3220117 (2010).

- *Dorr v. Weber,* __ F.Supp. __, 2010 WL 2710468 (2010).

- *City of Ramsey v. Kiefer,* 2009 WL 2595890 (2009).

EXHIBIT 1