Index to Exhibits
Group B

| | |
|---|---|
| 1862 Indian Camp Census<br>Source: Report No. 156 in Report of U.S. Commissioner of Indian Affairs, 1863. | A |
| Camp Release Census 1863<br>Source: Stephen Riggs Family Papers, Box 1, MHS | B |
| Congressional Globe, 37th Cong., 3D Session. at 514<br>Source: Congressional Globe, 37th Cong. 3D Session at 514 | C |
| Sibley Sioux Scout List – 1863 Sibley Expedition<br>Source: Sibley Scout List: May 28, 1863, Sibley Papers, MHS Collections, 10:611 | D |
| Report of Secretary of Interior – 1866<br>Source: Annual Report of the Commissioner of Indian Affairs For the Year 1866, Washington, D.C.; U.S. Govt. Printing Office | E |
| 1891 - 92 S.H. Elrod Scout and Soldier List – Census<br>Source: U.S. NARA, Record Group 75, List of Sioux Scouts and Soldiers and Heirs | F |
| 1891 Samuel Brown Scout List – Census<br>Source: Brown Family Papers, MHS; Transcribed list: Ehanna Woyakapi, History and Culture of the Sisseton-Wahpeton Sioux Tribe of South Dakota 1972 | G |
| Robert B. Hinton – Birch Cooley Census of Mdewakanton Sioux Indians, 1891-93, 1895-98<br>Source: U.S. NARA, Record Group 75, Records of the Bureau of Indian Affairs, M559 Birch Cooley Agency | H |
| | |

| | |
|---|---|
| Census of Mdewakanton Sioux of Minnesota – James McLaughlin – 1899<br>Source: U.S. NARA, Record Group 75, Records of the Bureau of Indian Affairs, M559 | I |
| Census of Mdewakanton Sioux Indians, 1917<br>Source: U.S. NARA, Record Group 75, Records of the Bureau of Indian Affairs, M559 | J |
| | |
| | |