# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## No. 03-2684L & No. 01-568L (consolidated)

(Filed February 23, 2011)

Sheldon Peters Wolfchild, et al,　　　　　　　　　　Hon. Charles F. Lettow

　　　　　　　Plaintiffs,

vs.

United States,

　　　　　　　Defendant,

and

Kristine Abrahamson, et al,
[Loyal 394 Group] and
Eleanor Frances (Cermak) Krohn, et al,
[Eleanor Frances (Cermak) Krohn Family],

　　　　　　　Plaintiff/Intervenors.

## MOTION OF PLAINTIFF/INTERVENOR ABRAHAMSON GROUP TO TAKE JUDICIAL NOTICE OF EVIDENTIARY INCLUSION OF ADDITIONAL LISTINGS, CENSUSES, MATERIAL AND OTHER SOURCES RELATING TO THE LOYAL SIOUX OF MINNESOTA

The Plaintiff/Intervenors Kristine Abrahamson, et al. and Eleanor Frances (Cermak) Krohn, et al. (collectively "Abrahamson Group"), respectfully move this Court to allow the Abrahamson Group to join in the Plaintiff and Intervenors' Motion to Take Judicial Notice of Evidentiary Inclusion of Additional Listings,

1

Censuses, Material and Other Sources Relating to the Loyal Sioux of Minnesota, and the accompanying Brief in Support thereof, which was previously electronically filed on or about February 12, 2011.

Respectfully submitted this 23rd day of February, 2011.

**NOLAN, THOMPSON & LEIGHTON**

By: s/Randy V. Thompson
 Randy V. Thompson #122506
 Robert J. Leighton, Jr. #220735
Attorneys for Plaintiff/Intervenors
 Abrahamson Group
710 Lawson Commons
380 St. Peter Street
St. Paul, MN 55102
651-227-6661 (telephone)
651-287-0005 (facsimile)

## NOTICE OF ELECTRONIC FILING

The undersigned counsel for the Abrahamson Group, pursuant to RCFC 5.3 and ECF Rule 12(c), herewith file this Motion in the Court of Claims ECF system for distribution to all counsel of record this 23rd day of February, 2011.

By: s/Randy V. Thompson
 Randy V. Thompson #122506