UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
Winnebago Agency
Winnebago, Nebraska

CENSUS CERTIFICATE

I hereby certify that _____ NORMAN CROOKS _____

is listed on the _____ OFFICIAL SANTEE SIOUX TRIBAL _____

Census Roll, dated _____ JANUARY 1, 1940 _____

an official record of this office, as being of _____ 4/4 _____

degree _____ SANTEE SIOUX _____ Indian blood, and with the Roll No. _____ 178 _____

Date of Birth: 1917 (No month or day given)

Father: _____ NOT GIVEN _____

Mother: _____ ELLEN F. CROOKS _____   are shown to be the parents of

_____ NORMAN CROOKS _____ .

THIS IS NOT A BIRTH CERTIFICATE BUT IS A RECORD OF THE INFORMATION REFLECTED ON THE WINNEBAGO AGENCY CENSUS RECORDS.

(Sgd.) G. R. Branchaud
ACTING Superintendent

MAY 6, 1969
Date


EXHIBIT A

# INDIAN LAND CERTIFICATE

No. 54

TO ALL WHOM IT MAY CONCERN:

It is hereby certified that **Norman Melvin Crooks**, a member of the Mdewakanton band of Sioux Indians residing in Minnesota, has been assigned the following-described tract of land, viz:

South Half of the Northeast Quarter of the Southwest Quarter (S½NE¼SW¼), Section 28, Township 115 North, Range 22 West

in **Scott** County, Minnesota, containing **20** acres, more or less.

It is also certified that the said **Norman Melvin Crooks** and **his** heirs are entitled to immediate possession of said land, which is to be held in trust, by the Secretary of the Interior, for the exclusive use and benefit of the said Indian, so long as said allottee or his or her heirs occupy and use said land. If said land should be abandoned for **2** years by the allottee, then said land shall be subject to assignment by the Secretary of the Interior to some other Indian who was a resident of Minnesota May 20, 1886, or a legal descendant of such resident Indian.

It is also declared that this certificate is not transferable and that any sale, lease, transfer or incumbrance of said land, or any part thereof to any person or persons whomsoever, except it be to the United States, and as herein provided, is and will continue to be utterly void and of no effect. It is further declared that said land is exempt from levy, taxation, sale, or forfeiture, until otherwise provided by Congress.

IN TESTIMONY WHEREOF, I, **T. D. Hill, Acting** Superintendent, Minnesota Agency, Bureau of Indian Affairs, have hereunto set my hand and caused the seal of this office to be hereto attached at the City of Bemidji, Minnesota, this **10th** day of **April** 19**64**.

Acting Superintendent, Minnesota Agency
Bureau of Indian Affairs

431



# United States Department of the Interior

OFFICE OF HEARINGS AND APPEALS
4015 Wilson Boulevard
Arlington, Virginia 22203

IN REPLY REFER TO:

June 9, 1995

Memorandum

To:       Administrative Judge Sandra L. Massetto

From:     Barry E. Hill, Director

Subject:  Membership in the Shakopee Mdewakanton Sioux (Dakota) Community in Minnesota

Pursuant to a request, dated June 2, 1995, from Secretary Babbitt, I am assigning you to take evidence and make blood degree determinations for approximately 63 individuals claiming membership in the Shakopee Mdewakanton Sioux (Dakota) Community in Minnesota.

Attached are the incoming request and related materials. When the case files are received, this office will docket them and assign them to you. The files will be forwarded to you at that time. As the Secretary noted, you should contact Barbara Coen, Department of the Interior, Office of the Solicitor, Division of Indian Affairs, 1849 C Street, N.W., MS: 6456, Washington, D.C. 20240, (202) 208-3401.

Attachment

cc: Barbara Coen, Office of the Solicitor



THE SECRETARY OF THE INTERIOR

WASHINGTON

Memorandum

To:         Director, Office of Hearings and Appeals            JUN 2 1995

From:       Secretary

Subject:    Request for an Administrative Law Judge, Administrative Judge, or Hearing Examiner

I have received a request from the Assistant Secretary - Indian Affairs, for an administrative law judge, administrative judge, or hearing examiner to take evidence and make blood degree determinations for approximately 63 individuals claiming membership in the Shakopee Mdewakanton Sioux (Dakota) Community in Minnesota. Please assign an appropriate individual to act in accordance with the Assistant Secretary's request.

Attached are the instructions to be followed in making the determinations. Any questions regarding the instructions or determinations should be directed to the Department of the Interior, Office of the Solicitor, Division of Indian Affairs, 1849 C Street N.W., MS-6456, Washington, D.C. 20240, Attention Barbara Coen, (202) 208-3401.

Attachment

OFFICE OF HEARINGS & APPEALS

JUN 6 1995

DIRECTOR'S OFFICE

## INSTRUCTIONS TO THE OFFICE OF HEARINGS AND APPEALS

The assistance of an Administrative Law Judge, Administrative Judge or Hearing Examiner is requested to determine who is eligible to vote in the Secretarial election authorized by the Deputy Commissioner, Indian Affairs, for the Shakopee Mdewakanton Sioux Community.

The Constitution of the Shakopee Mdewakanton Sioux Community defines membership in Article II, as follows:

> Section 1. The membership of the Shakopee Mdewakanton Sioux Community shall consist of:
>
> (a) All persons of Mdewakanton Sioux Indian blood, not members of any other Indian tribe, band or group, whose names appear on the 1969 census roll of Mdewakanton Sioux residents of the Prior Lake Reservation, Minnesota, prepared specifically for the purpose of organizing the Shakopee Mdewakanton Sioux Community and approved by the Secretary of the Interior.
>
> (b) All children of at least one-fourth (1/4) degree Mdewakanton Sioux Indian blood born to an enrolled member of the Shakopee Mdewakanton Sioux Community.
>
> (c) All descendants of at least one-fourth (1/4) degree Mdewakanton Sioux Indian blood who can trace their Mdewakanton Sioux Indian blood to the Mdewakanton Sioux Indians who resided in Minnesota on May 20, 1886, Provided, they apply for membership and are found qualified by the governing body, and provided further, they are not enrolled as members of some other tribe.

The Bureau of Indian Affairs suggests the following guidelines for the judge or hearing examiner when determining blood degree and eligibility under the Community's Constitution.

1. The judge or hearing examiner should determine the blood quantum of 23 individuals[1] and determine which of these individuals qualify under either Section 1(b) or 1(c) of the Constitution. These determinations will be binding on those persons in lineal ascent or descent to these individuals.

2. The judge or hearing examiner should not review the blood degree of the 33 base enrollees who are listed on the 1969 census roll of the tribe who are enrolled in accordance with Section 1(a), unless necessary for determining the blood degree for those individuals listed in footnote 1. Blood degree is not a requirement under Section 1(a) of the Constitution.

---

[1]Constance (Thomas) Borchert, Alisa M. Crooks, Cherie Crooks-Bathel, Nathan Crooks, Vance L. Crooks, Lance E. Crooks, Cynthia (Stade) Pickit, Tricia (Stade) Saba, Tracy (Stade) Roseth, Kenneth J. Thomas, Lawrence N. Thomas, Dean Brooks, Lonnie Allen Brooks, Todd Brooks, Wesley Brooks, Mary Jo Gustafson, Jay C. Hove, Tina M. Hove, Denise A. Prescott, Robert M. Prescott, Jr., Tania M. Prescott, Rose B. Prescott, and Julia Stuke.

Any November or December 1991 letter issued by the Minneapolis Area Director concerning the 33 individuals listed on the 1969 census roll is hereby retracted and not binding on the Department or individual. Notwithstanding this retraction, the judge or hearing examiner may review the information contained in the letters and accept or reject the information's accuracy for purposes of any determination required under paragraphs 1 or 3.

Any individual challenging the blood quantum findings on the March 7, 1980, approved per capita roll of the Shakopee Community must do so by a preponderance of the evidence. The hearing examiner or judge should recognize as Mdewakanton that Indian blood derived from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The November and December 1991 letters issued by the Minneapolis Area Director affect blood degrees of individuals listed on this roll. The facts in these letters should be reviewed carefully, especially when a person's blood degree has been lowered. These letters were held in abeyance and therefore never finalized. The individual was not given a chance to properly exercise his appeal rights.

Upon completion of the fact finding for the listed 23 individuals, the hearing examiner shall:

    a.    issue a proposed decision concerning the blood degree to the individual and the attorneys of record, if applicable;

    b.    notify those persons in lineal ascent or descent from the person on whom there is a proposed finding so that they may submit comments and evidence;

    c.    set a deadline for receiving comments and new evidence on the determinations from the individuals or the attorneys of record;

    d.    consider these submissions and issue a determination.

The hearing examiner or judge should forward these determinations to the Assistant Secretary - Indian Affairs for approval. Once approved, the determinations will be final for the Department. The approved findings will be the basis for determining those individuals entitled to vote in the new Secretarial election. Upon approval, the determinations of the judge or hearing examiner will supersede the determinations in the November and December 1991 letters and will be binding on the individual, as well as those in direct lineal ascent or descent.

3. Once the appointed hearing examiner or judge has completed the recommended determinations on the 23 individuals, the hearing examiner or judge should review appeals from any of approximately 40 other letters issued by the Area Director in November and December 1991, previously held in abeyance, once the Department has notified the individuals of their appeal rights. The judge's or examiner's recommended determinations on any appeals should follow the same procedures set forth above and be forwarded to the Assistant Secretary - Indian Affairs for approval.

# United States Department of the Interior

OFFICE OF HEARINGS AND APPEALS
4015 Wilson Boulevard
Arlington, Virginia 22203

IN REPLY REFER TO:



Bureau of Indian Affairs
RECEIVED

AUG 2 8 1995

MINNEAPOLIS

August 23, 1995

| | |
|---|---|
| IN THE MATTER OF | Docket No. D 95-182 |
| SHAKOPEE MDEWAKANTON SIOUX (DAKOTA) COMMUNITY OF MINNESOTA | Secretarial Election |
| | Court of Claims Docket 363 |
| | Administrative Judge Appointed |

## NOTICE OF ASSIGNMENT AND DOCKETING

On April 19, 1995, the Department of the Interior (Department) conducted a Secretarial election on the proposed revision of the Constitution of the Shakopee Mdewakanton Sioux (Dakota) Community, in accordance with Title 25 Code of Federal Regulations, Part 81 (25 CFR Part 81). Pursuant to the Indian Reorganization Act of June 18, 1934, as amended, 25 U.S.C. § 476 (1994), the Secretary of the Interior had 45 days to approve or reject the proposed document. Challenges were filed with this Department pertaining to: (1) the accuracy of the voter list; (2) whether or not the proposed document was presented properly for a Secretarial election; and (3) allegations of electioneering at the poll site.

By letter, dated June 2, 1995, Ada Deer, Assistant Secretary - Indian Affairs, notified Denise Homer, Area Director, Minneapolis Area Office, Bureau of Indian Affairs, that:

> As set forth below, the Department cannot approve the election results due to alleged irregularities in the determination of voter eligibility. A hearing examiner or administrative law judge will be appointed to determine the eligibility of twenty-three individuals who are challenged before me pursuant to 25 C.F.R. § 81.22. After a determination as to their eligibility is made, the Deputy Commissioner will call a new election. [1/]

---

1/ At the present, this matter concerns the blood quantum of 23 individuals. They are:
"Constance (Thomas) Borchert, Alisa M. Crooks, Cherie Crooks-Bathel, Nathan Crooks, Vance L. Crooks, Lance E. Crooks, Cynthia (Stade) Pickit, Tricia (Stade) Saba, Tracy (Stade) Roseth, Kenneth J. Thomas, Lawrence N. Thomas, Dean Brooks, Lonnie Allen Brooks, Todd Brooks, Wesley Brooks, Mary Jo Gustafson, Jay C. Hove, Tina M. Hove, Denise A. Prescott, Robert M. Prescott, Jr., Tania M. Prescott, Rose B. Prescott, and Julia Stuke."

D 95-182

On June 2, 1995, Secretary of the Interior Bruce Babbitt notified the undersigned that:

> I have received a request from the Assistant Secretary - Indian Affairs, for an administrative law judge, administrative judge, or hearing examiner to take evidence and make blood degree determinations for approximately 63 individuals claiming membership in the Shakopee Mdewakanton Sioux (Dakota) Community in Minnesota. Please assign an appropriate individual to act in accordance with the Assistant Secretary's request.

The approximately 63 individuals include the 23 unresolved challenges in the voter eligibility dispute and those individuals who appeal from letters originally issued in 1991 for purposes of a second distribution under Court of Claims Docket 363.

On June 9, 1995, the undersigned notified Administrative Judge Sandra L. Massetto that: "Pursuant to a request, dated June 2, 1995, from Secretary Babbitt, [redacted] take evidence and make blood degree determinations for approximately [redacted] claiming membership in the Shakopee Mdewakanton Sioux (Dakota) Community in Minnesota." Judge Massetto was also informed that:

> Attached are the incoming request and related materials. When the case files are received, this office will docket them and assign them to you. The files will be forwarded to you at that time. As the Secretary noted, you should contact Barbara Coen, Department of the Interior, Office of the Solicitor, Division of Indian Affairs, 1849 C Street, N.W., MS: 6456, Washington, D.C. 20240, (202) 208-3401.

On July 12, 1995, Ms. Coen submitted the case files to this office.

This matter is hereby assigned to:

> Administrative Judge Sandra L. Massetto
> Office of Hearings and Appeals
> U.S. Department of the Interior
> 2901 N. Central Ave., Suite 960
> Phoenix, AZ 85012
> PH: (602) 640-2622
> FAX: (602) 640-2586

2

D 95-182

    Please direct all pleadings, papers, and other documents relating to this matter to that office. Copies must be served upon all parties involved. Any and all arrangements for processing this matter should be made with Judge Massetto.

Barry C. Hill

Barry E. Hill
Director

3

Distribution List

Constance (Thomas) Bochert
15151 Dakota Trail North
Prior Lake, MN 55372

Alicia M. Crooks
2390 Sioux Trail NW
Prior Lake, MN 55372

Cherie Crooks-Bathel
2370 Sioux Trail NW
Prior Lake, MN 55372

Nathan Crooks
2430 Sioux Trail NW
Prior Lake, MN 55372

Vance L. Crooks
14700 Mystic Lake
Prior Lake, MN 55372

Lance E. Crooks
15233 Dakota Trail East
Prior Lake, MN 55372

Cynthia (Stade) Pickit
14520 Mystic Lake Drive
Prior Lake, MN 55372

Tricia (Stade) Saba
14526 Mystic Lake Drive
Prior Lake, MN 55372

Tracy (Stade) Roseth
14580 Mystic Lake Drive
Prior Lake, MN 55372

Kenneth J. Thomas
14670 Mystic Lake Drive
Prior Lake, MN 55372

Lawrence N. Thomas
13711 Thunderbird Circle
Shakopee, MN 55379

Dean Brooks
13700 Thunderbird Circle
Shakopee, MN 55379

Lonnie Allen Brooks
2597 Flandreau Trail
Prior Lake, MN 55372

Todd Brooks
2546 Flandreau Trail
Prior Lake, MN 55372

Wesley Brooks
2546 Flandreau Trail
Prior Lake, MN 55372

Mary Jo Gustafson
2711 Dakota Trail
Prior Lake, MN 5372

Jay C. Hove
2565 Flandreau Trail
Prior Lake, MN 55372

Tina M. Hove
15130 Eagle Creek Avenue
Prior Lake, MN 55372

Denise A. Prescott
13733 Thunderbird Circle
Shakopee, MN 55379

Robert M. Prescott, Jr.
13692 Thunderbird Circle
Shakopee, MN 55379

Tania M. Prescott
13692 Thunderbird Circle
Shakopee, MN 55379

Rose B. Prescott
13670 Thunderbird Circle
Shakopee, MN 55379

Julia Stuke
P.O. Box 171
Prior Lake, MN 55372

Stanley Crooks, Chairman
Shakopee Mdewakanton Sioux Community
2330 Sioux Trail NW
Prior Lake, MN 55372

Kurt BlueDog, Attorney
BlueDog, Olson & Small
Southgate Office Plaza
Suite 670
5001 West 80th Street
Bloomington, MN 55437

James Cohen, Attorney
376 Grain Exchange Building
301 Fourth Avenue South
Minneapolis, MN 55415

Denise Homer, Area Director
Bureau of Indian Affairs
Minneapolis Area Office
331 South Second Avenue
Minneapolis, MN 55401

Joann Sebastian Morris, Acting Director
Office of Tribal Services
Department of the Interior
Bureau of Indian Affairs
1849 "C" Street NW - MS/4603/MIB
Washington, D.C. 20240

Barbara Coen, Attorney
Department of the Interior
Office of the Solicitor
Division of Indian Affairs
1849 "C" Street NW - MS/6456/MIB
Washington, D.C. 20240

4